

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Arrelicious Mitchell, Appellant

No. 06-13-00078-CV        v.

Joe Allen Sanders, Appellee

Appeal from the 301st District Court of Dallas County, Texas (Tr. Ct. No. DF-10-13279). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Arrelicious Mitchell, pay all costs of this appeal.

RENDERED AUGUST 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk